AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| WILLIAM NOE CUELLAR MONTUFA | ) | Case No.    1:25-mj-830 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 17, 2025_____ in the county of _____Hamilton_____ in the

___Southern___ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a), (b)(2) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Ryan W Tincher
Digitally signed by Ryan W Tincher
Date: 2025.10.28 15:17:41 -04'

_Complainant's signature_

Ryan Tincher, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed via FaceTime Video Conference.
 via FaceTime

Date:    10/28/2025

_Karen L. Litkovitz_

_Judge's signature_

City and state:        Cincinnati, Ohio            Hon. Karen L. Litkovitz, U.S. Magistrate Judge
_Printed name and title_

**A F F I D A V I T**

I, Ryan Tincher, being duly sworn, do hereby depose and say:

1.      I am a Special Agent (SA) with Homeland Security Investigations (HSI), a component of Immigration and Customs Enforcement (ICE), within the Department of Homeland Security (DHS). I have previously served as a United States Border Patrol Agent and ICE Enforcement and Removal Operations Deportation Officer. I am currently assigned to the Cincinnati Homeland Security Task Force (HSTF). In my capacity as a SA with HSI, I have received training concerning immigration-related crimes, and I have conducted investigations involving such offenses.  Specifically, I have received training in establishing alienage and removability of foreign-born citizens. I also have received training in reviewing Alien files (A-files) which also facilitates my determination of whether a person is present in the United States unlawfully. An A-file is a collection of documents pertaining to known alien maintained by Citizenship and Immigration Services, which contains, among other information, records from any removal from the United States and the reason for such removal. The documents, including fingerprint records of the alien, are placed in the A-File by representatives of the DHS as well as other agencies. Through my training and experience, my duties include identifying aliens present in the United States both lawfully and unlawfully.

2.      This affidavit is made in support of a criminal complaint and arrest warrant for William Noe CUELLAR Montufa (hereinafter referred to as "CUELLAR"), charging him with violating Title 8, United States Code, Section 1326(a) Reentry after Deportation, enhanced by (b)(2), After Having Been Convicted of an Aggravated Felony. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from official documents, databases, other law enforcement agents and witnesses.  This

1

affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into this matter.

3.     On October 17, 2025, HSTF members received information from a US Border Patrol Intelligence Agent that CUELLAR was illegally present in the United States following a prior deportation. Moreover, HSTF members learned that CUELLAR was a convicted felon, and that the Guatemalan government has issued a Red Notice through Interpol for CUELLAR's arrest for homicide. The information further described two vehicles associated with CUELLAR, specifically, a Red GMC Sierra Pickup Truck bearing tag OH/KLY2584 and a White Ford F-250 bearing tag OH/PLM4762.

4.     HSTF members conducted investigative research in law enforcement databases and confirmed a subject with multiple variations of CUELLAR's name currently resides at 10518 Pottinger Road, Cincinnati, OH (Target Address) [1]. CUELLAR's date of birth is also associated with those records.

5.     HSTF members conducted investigative research in DHS databases that contain information related to international parcel shipments. HSTF members learned that on May 07, 2025, an international parcel listing the consignee as "William Cuellar" and the Target Adress arrived at the JFK International airport, and was then presumably forwarded to the Target Address.

6.      On October 21, 2025, HSTF members conducted surveillance at the Target Address. HSTF members observed the Red GMC Sierra Pickup Truck bearing tag OH/KLY2584

---

1 These name variations include William Noe Cuellar, William Cuellar, William C Cuellar Montufar, William N Cuellar Montufar, William C Montufar William Cullar and William Montufar.

parked in the driveway. That vehicle then departed the Target Address and eventually traveled eastbound on Interstate 275. Record checks indicate that vehicle is registered to William Cuellar and lists the Target Address.

7. On October 23, 2025, HSTF members located the Red GMC Sierra Pickup at a construction site located adjacent to 1366 State Route 131, Milford, OH. At the construction site, an HSTF member observed an individual fitting the description of CUELLAR access both the Red GMC Sierra Pickup and a White Ford F-250 bearing tag OH/PLM4762. Record checks indicated the White Ford F-250 is registered to "WNCM SIDING CONSTUCTION LLC". HSTF members believe "WNCM" to be an acronym for William Noe CUELLAR Montufa. An open-source search indicates that CUELLAR is the statutory agent and owner of WNCM SIDING CONSTRUCTION LLC.

8. As noted above, based on my training and experience, I know that an "A-File" is a file in which all immigration records are maintained for aliens admitted or found to be illegally present in the United States. I also know that an A-File usually contains forms, photographs, fingerprints, court records of conviction, and all records relating to deportation or other actions by DHS (or other government agencies) with respect to the subject alien for whom the A-File is maintained. The A-file corresponds with an "A-number", a unique number assigned to foreign nationals as they undergo proceedings through the United States immigration system. CUELLAR's A-file is maintained under A-number 098 231 953. I know that in addition to A-files, DHS utilizes numerous databases and indices to store immigration related information that correlates with documents found in the A-file.

3

9.      On October 27, 2025, I reviewed the above-mentioned databases, documents that originated from CUELLAR's A-file, and documents obtained from the Warren County Clerk of Courts and learned the following:

a.      CUELLAR is a native and citizen of Guatemala.

b.      On or about January 24, 2006, CUELLAR was convicted in Warren County, Ohio Common Pleas Court Case 05CR22457 for the offense of Attempted Unlawful Sexual Conduct With a Minor, in violation of Section 2923.02(A) and 2907.04(A) of Ohio Revised Code, a 5th degree felony. For this crime, CUELLAR was sentenced to 30 days in jail and 2 years of community control.

c.      On or about September 07, 2006, was convicted in Warren County, Ohio Common Pleas Court Case 06CR23544 for the offense of Unlawful Sexual Conduct with a Minor in violation of Section 2907.04(A) of the Ohio Revised Code, a 4th degree felony. For this crime, CUELLAR was sentenced to 12 months imprisonment with the Ohio Department of Rehabilitation and Corrections. Additionally, at this time, CUELLAR's community control status from case number 05CR22457 was revoked after having unauthorized contact with the minor victim. CUELLAR was sentenced to 8 months confinement with the Ohio Department of Rehabilitation and Corrections for this violation.

d.      On or about October 02, 2006, CUELLAR was ordered removed from the United States by a Designated Official, following an encounter with immigration officials during his incarceration.

e.      On or about April 4, 2008, CUELLAR was officially removed and deported from the United States at or near Alexandria, Louisiana.

10.	I also reviewed DHS databases that track lawful entries into the United States. Those indices indicated that CUELLAR had not lawfully entered the United States since his deportation in 2008. These records also did not show that he had applied for or obtained permission from the Attorney General of the United States or her designated successor or the Secretary of Homeland Security, to re-enter the United States legally since CUELLAR had last been deported.  Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in CUELLAR's case information on the DHS databases. Based on the foregoing facts, there is probable cause to believe that CUELLAR has violated Title 8, United States Code, Section 1326(a) Reentry after Deportation, enhanced by (b)(2), After Having Been Convicted of an Aggravated Felony.

Ryan W Tincher
Digitally signed by Ryan W Tincher
Date: 2025.10.28 15:18:08 -04'0

Ryan Tincher
Special Agent – HSI

Subscribed and sworn to before me via FaceTime Video Conference on this __28__ day of October, 2025.

HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE

5